

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00505-CV

MARCY LERCH, ET AL., Appellants

V.

WILMINGTON TRUST NA SUCCESSOR TRUSTEE FOR THE MERRILL LYNCH
MORTGAGE INVESTOR TRUST SERIES 2006-HE5, Appellee

Appeal from the County Court at Law No. 1 of Fort Bend County, Texas.
(Tr. Ct. Cause No. 15-CCV-054652).

This is an appeal from the final judgment signed by the trial court on April 21, 2015. After being notified that this appeal was subject to dismissal for want of prosecution for failure to file a brief, appellants, Marcy Lerch, et al., did not timely respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 8, 2015.

Per curiam opinion delivered by panel consisting of Justices Higley, Huddle, and Lloyd.